# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2423 | **DATE** | 7/8/2008 |
| **CASE TITLE** |  | Anthony Reed vs. Astrue | |

**DOCKET ENTRY TEXT**

Defendant's Agreed Motion [8] for Remand is Granted. This action is remanded to the Social Security Commissioner pursuant to Sentence 6 of Section 205(g) of the Social Security Act, 42 U.S.C. §405(g). Parties need not appear on the presentment date of 7/15/2008. Civil case terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|